E-FILED 08-24-10
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Guy Kocklani,** | CASE NO. CV 10-2153-GHK (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Maxwell Turner & Associates, Inc.,** | |
| Defendant. | |

    This matter having come before this Court on Plaintiff Guy Kochlani's ("Plaintiff") Motion for Default Judgment ("Motion") against Defendant Maxwell Turner & Associates, Inc. ("Defendant");

    AND, the Court having read and considered the pleadings, declarations and exhibits submitted in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

    AND, pursuant to our August 23, 2010 Order Granting the Motion for Default

Judgment, and good cause appearing therefore, IT IS HEREBY **ADJUDGED** THAT:

1) Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE § 1788 *et seq.*

2) Plaintiff **SHALL** have judgment against Defendant in the total sum of $5,260.

3) The principal sum of $5,260 consists of: $2,000 in statutory damages (consisting of $1,000 under the Fair Debt Collection Practices Act and $1,000 under the Rosenthal Fair Debt Collection Practices Act), $385 in costs, and $2,875 in attorneys' fees.

4) Plaintiff **SHALL** have post-judgment interest according to the statutory rate set forth in 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

DATED: August 23, 2010

_____
GEORGE H. KING
United States District Judge